Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROVI GUIDES, INC., | Case No. 2:19-cv-03096 AG (FFMx) |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO STAY PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659(A)** |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; COMCAST OF SANTA MARIA, LLC; and COMCAST OF LOMPOC, LLC, | **[PROPOSED ORDER SUBMITTED HEREWITH]** |
| Defendants. | |

Plaintiff Rovi Guides, Inc. ("Rovi") and Defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast Business Communications, LLC, Comcast Holdings Corporation, Comcast Shared Services, LLC, Comcast of Santa Maria, LLC, and Comcast of Lompoc, LLC, (collectively, "Comcast") hereby submit the following Joint Stipulation to Stay Proceedings Pursuant to 28 U.S.C. § 1659(a):

Rovi filed this action on April 22, 2019 asserting that eight Comcast entities infringe U.S. Patent Nos. 7,200,855 (the "'855 patent"), 7,301,900 (the "'900 patent"), 7,386,871 (the "'871 patent"), 7,779,445 (the "'445 patent"), 8,001,564 (the "'564 patent"), or 8,156,528 (the "'528 patent") (collectively, the "Asserted Patents").

On April 26, 2019, Rovi, along with various subsidiary organizations, filed a complaint before the United States International Trade Commission ("ITC"), styled *In the Matter of Certain Digital Video Receivers, Broadband Gateways, and Related Hardware and Software Components* (ITC Investigation No. 337-TA-1158), under Section 337 of the Tariff Act of 1930. *See Certain Digital Video Receivers, Broadband Gateways, and Related Hardware and Software Components*, 84 Fed. Reg. 24,814 (Int'l Trade Comm'n May 29, 2019). On May 22, 2019, the ITC issued a Notice of Institution of Investigation, which was published in the Federal Register on May 29, 2019. *See id.* at 24,814.

In the ITC action, Rovi has asserted the same six patents (the '855, '900, '871, '445, '564 and '528 patents) against six of the same Comcast Defendants that Rovi named in this case.[1]  In addition, both this case and the ITC action involve the same allegations of infringement against the same Comcast products.

---

[1] The six overlapping Comcast Defendants in both the ITC action and this case are Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast Business Communications, LLC, Comcast Holdings Corporation and Comcast Shared Services, LLC. *Certain Digital Video Receivers, Broadband Gateways, and Related Hardware and Software Components*, 84 Fed. Reg. 24,814; Dkt. No. 1 at p. 1.

28 U.S.C. § 1659 provides that at the timely request of a party to a civil action that is also a respondent in an ITC proceeding under Section 337, the Court "shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceedings before the Commission." 28 U.S.C. § 1659(a). Such a stay must be granted if it is requested within thirty days from the later of (1) the party being named as a respondent in the ITC proceeding, or (2) the filing of the district court action. 28 U.S.C. § 1659(a)(1)-(2).[2]

Comcast, through this Joint Stipulation, is requesting a stay of the above-captioned action within thirty days of its having been named as a respondent in ITC Investigation No. 337-TA-1158. *See Certain Digital Video Receivers, Broadband Gateways, and Related Hardware and Software Components*, 84 Fed. Reg. 24,814. Comcast seeks and Rovi does not oppose a stay under 28 U.S.C. § 1659 in the above-captioned action until the determination of the ITC in Investigation No. 337-TA-1158 becomes final.

The Parties hereby stipulate and agree that the above-captioned action be stayed until the determination of the ITC in Investigation No. 337-TA-1158 becomes final under 28 U.S.C. § 1659.

IT IS SO STIPULATED.

---

[2] *See, e.g., In re Princo*, 478 F.3d 1345, 1355 (Fed. Cir. 2007) (noting stay is appropriate "to prevent separate proceedings on the same issues occurring at the same time" before the district court and ITC).

| | | |
|---|---|---|
| 1 | Dated:  June 6, 2019 | Respectfully submitted, |
| 2 | | DAVIS POLK & WARDWELL LLP |
| 3 | | |
| 4 | | */s/ Ashok Ramani* |
| 5 | | Ashok Ramani (SBN 200020)<br>ashok.ramani@davispolk.com |
| 6 | | 1600 El Camino Real<br>Menlo Park, California 94025 |
| 7 | | Telephone: (650) 752-2000<br>Facsimile:  (650) 752-2111 |
| 8 | | |
| 9 | | *Attorney for Defendants* |
| 10 | | MCKOOL SMITH PC |
| 11 | | */s/ Kristina S. Baehr* |
| 12 | | Roderick G. Dorman (SBN 96908)<br>rdorman@mckoolsmith.com |
| 13 | | 300 South Grand Ave., Suite 2900<br>Los Angeles, California 90071 |
| 14 | | Telephone:   (213) 694-1200<br>Facsimile:    (213) 694-1234 |
| 15 | | |
| 16 | | Douglas A. Cawley (*pro hac vice*)<br>dcawley@mckoolsmith.com |
| 17 | | Richard A. Kamprath (*pro hac vice*)<br>rkamprath@mckoolsmith.com |
| 18 | | 300 Crescent Court, Suite 1500<br>Dallas, Texas 75201 |
| 19 | | Telephone:   (214) 978-4000<br>Facsimile: (214) 978-4044 |
| 20 | | |
| 21 | | Joshua W. Budwin (*pro hac vice*)<br>jbudwin@mckoolsmith.com |
| 22 | | Kristina S. Baehr (*pro hac vice*)<br>kbaehr@mckoolsmith.com |
| 23 | | John B. Campbell, Jr. (*pro hac vice*)<br>jcampbell@mckoolsmith.com |
| 24 | | 300 West 6th Street, Suite 1700<br>Austin, Texas 78701 |
| 25 | | Telephone:   (512) 692-8700<br>Facsimile:    (512) 692-8744 |
| 26 | | *Attorneys for Plaintiff* |
| 27 | | |
| 28 | | |

3

JOINT STIPULATION TO STAY PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659(A)

LOCAL RULES 5-4.3.4 ATTESTATION

I, Ashok Ramani, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorize the filing.

*/s/ Ashok Ramani*
Ashok Ramani (SBN 200020)