# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROVI GUIDES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; COMCAST OF SANTA MARIA, LLC; and COMCAST OF LOMPOC, LLC, <br><br> Defendants. | Case No. 2:19-cv-03096 AG (FFMx) <br><br> **ORDER ON JOINT STIPULATION TO STAY PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659(A)** |

This matter is before the Court on the parties' Joint Stipulation to Stay Proceedings Pursuant to 28 U.S.C. § 1659(a). Having reviewed the Parties' Stipulation and having considered the contents therein, and finding good cause shown, the Court hereby:

**GRANTS** the Parties' request as set forth in the stipulation;

**ORDERS** that this action is stayed until the determination of the International Trade Commission in Investigation No. 337-TA-1158 becomes final; and

**ORDERS** the parties to file a joint status report within 21 days after such determination of the International Trade Commission becomes final.

**IT IS SO ORDERED.**

Date: June 6, 2019

The Honorable Andrew J. Guilford
UNITED STATES DISTRICT JUDGE