# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROVI GUIDES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; COMCAST OF SANTA MARIA, LLC; and COMCAST OF LOMPOC, LLC, <br><br> Defendants. | Case No. 2:19-cv-03096-AG-FFM <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

This matter is before the Court on the Joint Stipulation of Dismissal. The Court, having considered the matter and being so advised, GRANTS this motion.

**IT IS SO ORDERED.**

Date: November 12, 2020

_____
PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE